UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE S. FELVER,<br>Plaintiff,<br>v.<br>MANOUCHEKA MILLIEN,<br>Defendant. | No. 2:26-cv-01550 DC CKD (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 4) |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

On June 1, 2026, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1. The June 1, 2026 findings and recommendations (ECF No. 4) are ADOPTED;
2. This action is DISMISSED for lack of jurisdiction; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge